```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-0721
         Facsimile:  (213) 894-0141
 7       E-mail:     John.Lulejian@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

FILED
2017 NOV 29 PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO<br><br>A Fugitive from the Government of Canada. | No. MJ 17-3023<br><br>NOTICE TO CONSOLIDATE<br><br>[18 U.S.C. § 3184] |
|---|---|

1 | Complainant, United States of America, hereby gives notice that
2 | the civil filing in this case, being made today, should be
3 | consolidated with the criminal filings previously made in the matter
4 | styled "IN THE MATTER OF THE EXTRADITION OF BANI SOLORZANO, A
5 | Fugitive from the Government of Canada," No. 17-2667 M.

Dated: November 29, 2017          Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA