FILED
CLERK, U.S. DISTRICT COURT

12/6/17

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of Bani Solorzano<br><br>v.<br><br>**PLAINTIFF(S)**<br><br>**DEFENDANT(S)** | **CASE NUMBER**<br>17-mj-3023 DUTY<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error  [X] documents associated with the filing of the new action
[ ] the following scanned document   [ ] docket entry   have/has been corrected as indicated below.

Title of scanned document: Request for Extradition, Memorandum, Notice

Filed date: November 29, 2017    Document Number(s): 1-3

[ ] Incorrect case number _____ was assigned to this [ ] action [ ] document

[ ] Case number has been corrected. The correct case number is _____

[ ] Incorrect judge's initials were indicated on this [ ] action [ ] document. The correct judge's initials are: _____

[ ] Incorrect magistrate judge's initials were indicated on this [ ] action [ ] document. The correct magistrate judge's initials are: _____.

[ ] Case has been reassigned from [ ] Judge [ ] Magistrate Judge _____ to [ ] Judge [ ] Magistrate Judge _____. The initials of the new judge(s) are: _____

[ ] Case was assigned to [ ] Western [ ] Southern [ ] Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the [ ] Western [ ] Southern [ ] Eastern division. The former case number _____ has been reassigned to new case number _____.

[ ] Case title is corrected from _____ to _____

[ ] Document has been re-numbered as document number _____

[ ] Incorrect [ ] Filed Date [ ] Date of Document [ ] Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

[ ] Document is missing page number(s): _____

[X] To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: CV17-8797 FMO (PJW)

[X] Other:  This extradition matter requires the assignment of a civil case number, not a magistrate case number. Accordingly, this case is closed. All future filings must be made in case number CV17-8797 FMO (PJW).

CLERK, U.S. DISTRICT COURT

Date: December 6, 2017    By: C. Powers
                              Deputy Clerk

G-11 (06/14)                   NOTICE OF CLERICAL ERROR